**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DEBORAH P. BARRINGTON,**

    **Plaintiff,**

**v.**                                            **CASE NO. 4:12-cv-258-MW/CAS**

**CAROLYN W. COLVIN,**
**Acting Commission of**
**Social Security,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 16, filed May 1, 2013, and has reviewed *de novo* Plaintiff's Objections to the Magistrate's Report and Recommendation, ECF No. 17, filed May 15, 2013.

Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The decision of the

1

Commissioner of Social Security to deny Plaintiff's application for social security benefits is **AFFIRMED."**

The Clerk shall close the file.

SO ORDERED on June 26, 2013.

s/Mark E. Walker<br>United States District Judge